1  MCGREGOR W. SCOTT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7



8          IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO. 2:19-MJ-0024-KJN

12              Plaintiff,              [PROPOSED] ORDER SEALING DOCUMENTS
                                        AS SET FORTH IN GOVERNMENT'S NOTICE
13         v.

14  HENRY BENSON AND
    ROSELLE CIPRIANO,
15
                Defendants
16

17

18         Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

19  Request to Seal, IT IS HEREBY ORDERED that the government's Request to Seal and File Redacted

20  Complaint pertaining to defendants Henry Benson and Roselle Cipriano is granted. The Complaint and

21  Request to Seal shall be SEALED until further order of this Court, and the government shall file a

22  redacted version of the Complaint.

23         It is further ordered that access to the sealed documents shall be limited to the government and

24  counsel for the defendants.

25         The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

26  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

27  the government's request, sealing the Complaint and affidavit serves a compelling interest. The Court

28  further finds that, in the absence of closure, the compelling interests identified by the

1  government would be harmed. In light of the public filing of its notice of request to seal, the Court
2  further finds that there are no additional alternatives to sealing the government's motion that would
3  adequately protect the compelling interests identified by the government.
4  Dated: 2/14/2019

                                    _____
                                    THE HONORABLE CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE