1  McGREGOR W. SCOTT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

FEB 2 1 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              CASE NO. 2:19-CR-0035 GEB

12                          Plaintiff,      21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to
                                            Distribute, Manufacture, and to Possess with Intent to
                v.                          Distribute Methamphetamine; 21 U.S.C. § 841(a)(1)
13                                          – Distribution of Methamphetamine (Three Counts);
                                            21 U.S.C. § 841(a)(1) – Possession with Intent to
14   HENRY BENSON and                       Distribute Methamphetamine; 18 U.S.C. § 924(c) –
     ROSELLE CIPRIANO,                      Possession of a Firearm in Furtherance of a Drug
15                                          Trafficking Crime; 18 U.S.C. § 922(g) – Felon in
                           Defendants.      Possession of a Firearm; 21 U.S.C. § 853(a), 18
16                                          U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) –
                                            Criminal Forfeiture
17

18

19                            I N D I C T M E N T

20   COUNT ONE: [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute, Manufacture, and Possess with
                 Intent to Distribute Methamphetamine]
21

22        The Grand Jury charges: T H A T

23                            HENRY BENSON and
                              ROSELLE CIPRIANO,
24

25   defendants herein, between a date unknown to the grand jury, but no later than June 14, 2018, and

26   continuing through on or about February 7, 2019, in Solano County, State and Eastern District of

27   California, and elsewhere, did knowingly and intentionally conspire and agree with each other and with

28   persons known and unknown to the Grand Jury to distribute, manufacture, and possess with intent to

INDICTMENT                              1

1  distribute at least 500 grams of a mixture and substance containing a detectable amount of

2  methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code,

3  Sections 846 and 841(a)(1).

4  COUNT TWO:  [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

5      The Grand Jury further charges: T H A T

6                          HENRY BENSON and
                           ROSELLE CIPRIANO,
7

8  defendants herein, on or about June 14, 2018, in Solano County, State and Eastern District of California,

9  did knowingly and intentionally distribute at least 50 grams of a mixture and substance containing a

10 detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21,

11 United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

12 COUNT THREE:  [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

13     The Grand Jury further charges: T H A T

14                         HENRY BENSON and
                           ROSELLE CIPRIANO,
15

16 defendants herein, on or about July 3, 2018, in Solano County, State and Eastern District of California,

17 did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a

18 detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21,

19 United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

20 COUNT FOUR:  [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

21     The Grand Jury further charges: T H A T

22                         HENRY BENSON and
                           ROSELLE CIPRIANO,
23

24 defendants herein, on or about July 27, 2018, in Solano County, State and Eastern District of California,

25 did knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a

26 detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21,

27 United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

28 / / /

INDICTMENT

2

1   COUNT FIVE: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

2       The Grand Jury further charges: T H A T

3                           HENRY BENSON and
                            ROSELLE CIPRIANO,
4

5   defendants herein, on or about February 7, 2019, in Solano County, State and Eastern District of

6   California, did knowingly and intentionally possess with intent to distribute at least 500 grams of a

7   mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled

8   Substance, in violation of Title 21, United States Code, Section 841(a)(1).

9   COUNT SIX: [18 U.S.C. § 924(c) – Possession of a Firearm in Furtherance of a Drug Trafficking
                        Crime]
10

11      The Grand Jury further charges: T H A T

12                          HENRY BENSON and
                            ROSELLE CIPRIANO,
13

14  defendants herein, on or about February 7, 2019, in Solano County, State and Eastern District of

15  California, did knowingly possess a firearm, specifically, a Savage Arms Stevens Model 320 12-gauge

16  shotgun, with serial number 121017J, in furtherance of a drug trafficking crime which may be

17  prosecuted in a court of the United States, that is, (1) conspiracy to distribute and manufacture

18  methamphetamine, (2) distribution of methamphetamine, and (3) possession with intent to distribute

19  methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as charged

20  in Counts One through Five of this Indictment, all in violation of Title 18, United States Code, Section

21  924(c)(1).

22  COUNT SEVEN: [18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm]

23      The Grand Jury further charges: T H A T

24                          HENRY BENSON,

25  defendant herein, on or about February 7, 2019, in Solano County, State and Eastern District of

26  California, having been convicted of a crime punishable by a term of imprisonment exceeding one year,

27  that is: Possession of Marijuana for Sale, in violation of California Health and Safety Code section

28  11379, on or about May 16, 2003, in Solano County, California, did knowingly possess a firearm,

INDICTMENT                                        3

1   specifically, a Savage Arms Stevens Model 320 12-gauge shotgun, with serial number 121017J, in and

2   affecting commerce, in that said firearm had previously been transported in interstate and foreign

3   commerce, in violation of Title 18, United States Code, Section 922(g)(1).

4   <u>FORFEITURE ALLEGATION</u>: [21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) –
5                                         Criminal Forfeiture]

6        1.     Upon conviction of one or more of the offenses alleged in Counts One through Five of

7   this Indictment, defendants HENRY BENSON and ROSELLE CIPRIANO shall forfeit to the United

8   States pursuant to Title 21, United States Code, Section 853(a), the following property:

9             a.     All right, title, and interest in any and all property involved in violations of Title

10   21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which the

11   defendants are convicted, and all property traceable to such property, including the following: all real or

12   personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a

13   result of such offenses; and all property used, or intended to be used, in any manner or part to commit or

14   to facilitate the commission of the offenses.

15             b.     A sum of money equal to the total amount of proceeds obtained as a result of the

16   offenses, or conspiracy to commit such offenses, for which the defendants are convicted.

17        2.     Upon conviction of the offenses alleged in Counts Six and Seven of this Indictment,

18   defendants HENRY BENSON and ROSELLE CIPRIANO shall forfeit to the United States pursuant to

19   Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any

20   firearms and ammunition involved in or used in the knowing commission of the offenses.

21        3.     If any property subject to forfeiture, as a result of the offenses alleged in Counts One

22   through Seven of this Indictment, for which the defendants are convicted:

23             a.     cannot be located upon the exercise of due diligence;

24             b.     has been transferred or sold to, or deposited with, a third party;

25             c.     has been placed beyond the jurisdiction of the Court;

26             d.     has been substantially diminished in value; or

27             e.     has been commingled with other property which cannot be divided without

28                  difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

No. 2:19-CR-0035 GEB

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

### HENRY BENSON and
### ROSELLE CIPRIANO

NO PROCESS NECESSARY

## I N D I C T M E N T

**VIOLATION(S):**
21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute, Manufacture, and to
Possess with Intent to Distribute Methamphetamine;
21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (Three Counts);
21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine;
18 U.S.C. § 924(c) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime;
18 U.S.C. § 922(g) – Felon in Possession of a Firearm;
21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* _21ST_ *day*

*of* _February_ *, A.D. 20 19*

_____
*Clerk.*

**NO PROCESS NECESSARY**

*Bail, $* _____

_____

**Carolyn K. Delaney**
**U.S. Magistrate Judge**
GPO 863 525

## United States v. Henry Benson and Roselle Cipriano
### Penalties for Indictment

**COUNT 1:**            **BOTH DEFENDANTS**

VIOLATION:      21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute and Manufacture
                Methamphetamine (at least 500 grams)

PENALTIES:      A minimum of 10 years and a maximum of up to life in prison;
                Fine of up to $10,000,000; or both fine and imprisonment
                Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**            **BOTH DEFENDANTS**

VIOLATION:      21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (at least 50
                grams)

PENALTIES:      A minimum of 5 years and maximum of up to 40 years in prison; or
                A fine of up to $250,000; or both a fine and imprisonment
                Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 3-4:**         **BOTH DEFENDANTS**

VIOLATION:      21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (at least 500
                grams)

PENALTIES:      A minimum of 10 years and maximum of up to life prison; or
                A fine of up to $250,000; or both a fine and imprisonment
                Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 5:**            **BOTH DEFENDANTS**

VIOLATION:      21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute
                Methamphetamine (at least 500 grams)

PENALTIES:      A minimum of 10 years and a maximum of up to life in prison; or
                Fine of up to $10,000,000; or both fine and imprisonment
                Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 6:**          **BOTH DEFENDANTS**

VIOLATION:          18 U.S.C. § 924(c) – Possession of a firearm in furtherance of a drug
                              trafficking crime

PENALTIES:          Mandatory consecutive five years to life in prison, consecutive to Counts
                              One through Five;
                              Fine of up to $250,000, or both fine and imprisonment;
                              Term of Supervised release of up to five years.

SPECIAL ASSESSMENT: $100 (mandatory on each count)


**COUNT 7:**          **BENSON**

VIOLATION:          18 U.S.C. § 922(g) - Felon in possession of firearm

PENALTIES:          Not more than 10 years in prison,
                              Not more than $250,000 fine, or both fine and imprisonment
                              Term of Supervised release of up to three years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:    BOTH DEFENDANTS**

VIOLATION:          21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) -
                              Criminal Forfeiture


PENALTIES:          As stated in the charging document