The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V<br><br>HENRY BENSON<br>ROSELLE CIPRIANO | Case Number: 19-CR-35 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date: September 13, 2019<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell |

     Plaintiff United States of America, by and through its counsel of record, and the Defendants, by and through each counsel of record, hereby stipulate as follows:

    1.    Attorneys Hedberg and Whitworth need additional time to review discovery and need time to review it with their clients. Attorneys Hedberg and Whitworth have recently been appointed to represent their respective clients in this matter and needs further time to review the discovery and work with them. Also, Attorney Hedberg has requested several items of discovery recently. The United States of America has not had adequate time to provide that discovery as of

the date of this hearing. Specifically, the parties are waiting for testing of alleged controlled substances to be completed.

2. By this stipulation, the defendant now move to continue the status conference until September 27, 2019 at 9 am, and to exclude time between September 13, 2019 at 9 am and September 27, 2019 at 9 am, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has provided discovery associated with this case.

b. Counsel for the defendants desire time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for these matters and to discuss potential resolutions with their clients.

Counsel for the defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 13, 2019, to September 27, 2019 , inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Respectfully submitted

/s/ Olaf W. Hedberg /s/Cameron Desmond
Olaf W. Hedberg  Cameron Desmond
Attorney for Henry Benson  Assistant United States Attorney


/s/Steven Whitworth
 Steven Whitworth
Attorney for Roselle Cipriano

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the September 13, 2019 at 9:00 a.m. status conference be continued to September 27, 2019 at 9 am. I find that the ends of justice warrant an exclusion of time and that the defendants' need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (ii) and Local Code T4 from the date of this order to September 27, 2019

IT IS SO ORDERED.

Dated: September 12, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge