McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>                        v.<br><br>HENRY BENSON AND<br>ROSELLE CIPRIANO,<br><br>                                Defendants. | CASE NO. 19-CR-00035-GEB<br><br>STIPULATION REGARDING EXCLUDABLE<br>TIME PERIODS UNDER SPEEDY TRIAL ACT;<br>[PROPOSED] FINDINGS AND ORDER<br><br>DATE: December 6, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on December 6, 2019.

2.      By this stipulation, defendants now move to continue the status conference until January

17, 2020, and to exclude time between December 6, 2019, and January 17, 2020, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case

includes audio recordings, reports, photographs, and physical evidence. All of this discovery has

been either produced directly to counsel and/or made available for inspection and copying.

Defense counsel for Henry Benson plans to review the physical evidence the month of December

2019.

///

1

   b)    Counsel for both defendants desire additional time to review the electronic
2  evidence, review the physical evidence, conduct independent legal and factual research, and
3  otherwise prepare for trial.

4     c)    Counsel for defendants believe that failure to grant the above-requested
5  continuance would deny them the reasonable time necessary for effective preparation, taking into
6  account the exercise of due diligence.

7     d)    The government does not object to the continuance.

8     e)    Based on the above-stated findings, the ends of justice served by continuing the
9  case as requested outweigh the interest of the public and the defendant in a trial within the
10 original date prescribed by the Speedy Trial Act.

11    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
12 et seq., within which trial must commence, the time period of December 6, 2019 to January 17,
13 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
14 T4] because it results from a continuance granted by the Court at defendant's request on the basis
15 of the Court's finding that the ends of justice served by taking such action outweigh the best
16 interest of the public and the defendant in a speedy trial.

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  December 5, 2019                            McGREGOR W. SCOTT
                                                   United States Attorney


                                                   /s/ CAMERON L. DESMOND
                                                   CAMERON L. DESMOND
                                                   Assistant United States Attorney


Dated:  December 5, 2019                            /s/ Olaf Hedberg
                                                   OLAF HEDBERG
                                                   Counsel for Defendant
                                                   Henry Benson


Dated:  December 5, 2019                            /s/ Steve Whitworth
                                                   STEVE WHITWORTH
                                                   Counsel for Defendant
                                                   Roselle Cipriano


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  December 6, 2019


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge