McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-00035-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| HENRY BENSON AND ROSELLE CIPRIANO, | DATE: May 14, 2020 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on January 16, 2020. It was subsequently continued by the Court to May 14, 2020.

2.      By this stipulation, defendants now move to exclude time between today's date, January 23, 2020, and May 14, 2020, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes audio recordings, reports, photographs, and physical evidence that has been produced directly to counsel and/or made available for inspection and copying. Testing for some of the substances found at the defendants' residence and storage facility is ongoing and will be produced upon receipt from the lab. The government expect to produce additional documentary

1  evidence in January 2020.  Defense counsel for Henry Benson has indicated that he plans to
2  review the physical evidence and conduct independent testing in the next month.

3        b)      Counsel for both defendants desire additional time to review the electronic
4  evidence, review the physical evidence, conduct independent legal and factual research, and
5  otherwise prepare for trial.

6        c)      Counsel for defendants believe that failure to grant the above-requested
7  continuance would deny them the reasonable time necessary for effective preparation, taking into
8  account the exercise of due diligence.

9        d)      The government does not object to the continuance.

10       e)      Based on the above-stated findings, the ends of justice served by continuing the
11 case as requested outweigh the interest of the public and the defendant in a trial within the
12 original date prescribed by the Speedy Trial Act.

13       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
14 et seq., within which trial must commence, the time period of January 23, 2020 to May 14, 2020,
15 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
16 because it results from a continuance granted by the Court at defendant's request on the basis of
17 the Court's finding that the ends of justice served by taking such action outweigh the best interest
18 of the public and the defendant in a speedy trial.

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5

6

7  Dated:  January 23, 2020                    McGREGOR W. SCOTT
                                              United States Attorney
8

9                                             /s/ CAMERON L. DESMOND
                                              CAMERON L. DESMOND
10                                            Assistant United States Attorney

11

12  Dated:  January 23, 2020                   /s/ Olaf Hedberg
                                              OLAF HEDBERG
13                                            Counsel for Defendant
                                              Henry Benson
14

15  Dated:  January 23, 2020                   /s/ Steve Whitworth
                                              STEVE WHITWORTH
16                                            Counsel for Defendant
                                              Roselle Cipriano
17

18

19

20                            **ORDER**

21        IT IS SO ORDERED.

22  DATED:  January 27, 2020

23

24  _____
                                              MORRISON C. ENGLAND, JR.
25                                            UNITED STATES DISTRICT JUDGE

26

27

28