MCGREGOR W. SCOTT
UNITED STATES ATTORNEY
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00035-MCE |
|---|---|
| Plaintiff, | ORDER DISMISSING COUNT SEVEN OF INDICTMENT |
| v. | |
| HENRY BENSON, | |
| Defendant. | |

**ORDER**

The United States has moved to dismiss Count Seven of the pending indictment against Defendant Henry Benson, filed February 21, 2019. The Court, having reviewed the motion, finds that the motion is made in good faith. Accordingly, the United States' Motion to Dismiss (ECF No. 114) is GRANTED and Count Seven of the indictment against Defendant Henry Benson shall be DISMISSED without prejudice. Accordingly, Defendant's Motion to Dismiss (ECF No. 110) is DENIED as moot and the hearing on that motion is hereby VACATED. The October 22, 2020, Status Conference is also VACATED and CONTINUED on the Court's own motion to December 10, 2020, at 10:00 a.m. to be conducted by videoconference. The parties are encouraged to file a Notice of Exclusion of Time if amenable and applicable.

IT IS SO ORDERED.

Dated: October 21, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE