1  MCGREGOR W. SCOTT
   United States Attorney
2  CAMERON L. DESMOND
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                          IN THE UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | CASE NO. 2:19-CR-00035-MCE
12 |                         Plaintiff,  | ORDER TO CONTINUE AND EXCLUDE TIME
13 |              v.                     |
14 | HENRY BENSON,                       |
15 |                         Defendant.  |

16

17      On October 30, 2020, the government filed a motion to continue this case to January 14, 2021,

18 and to exclude time under 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(6) (Local Code R)

19 between October 21, 2020 and January 14, 2021. ECF 117. The Court, having considered the

20 government's arguments, finds that a continuance to January 14, 2021 and an exclusion of time between

21 October 21, 2020 and January 14, 2021 are warranted for the reasons stated in the government's brief.

22 Specifically, the Court finds that, given the safety concerns related to the COVID-19 pandemic and the

23 pandemic's effect on Court operations described in the government's brief, the ends of justice served by

24 taking such action outweigh the best interests of the public and the defendant in a speedy trial under 18

25 U.S.C. § 3161(h)(7)(A). The Court also finds that an exclusion of time between October 21, 2020 and

26 January 14, 2021 is appropriate under 18 U.S.C. § 3161(h)(6) (Local Code R) based on the reasonable

27 delay related to the continuance and exclusion of time for un-severed co-defendant Roselle Cipriano.

28 ///

Accordingly, IT IS HEREBY ORDERED that the government's motion is granted, this case is continued to January 14, 2021, and time is excluded between October 21, 2020 and January 14, 2021 under 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(6) (Local Code T4).

IT IS SO ORDERED.

Dated:  November 3, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE