PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HENRY BENSON, <br><br> Defendant. | CASE NO. 2:19-CR-00035-KJM <br><br> [~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL |

Pursuant to Local Rule 430.1(f) and based upon the representations contained in the government's Motion for an Extension of Time to Respond, the Court grants the government's motion and continues the hearing on the defendant's Motion to Compel to June 11, 2021, before the assigned duty Magistrate Judge, and orders that the government's opposition brief shall be filed by June 4, 2021.

IT IS SO ORDERED.

Dated: May 17, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

ORDER TO EXTEND TIME

1