PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>HENRY BENSON AND<br>ROSELLE CIPRIANO,<br><br>                              Defendants. | CASE NO.  2:19-CR-00035-KJM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 10, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

1.      By previous order, this matter was set for status on January 10, 2022.

2.      By this stipulation, defendants now move to continue the status conference until January 24, 2022, and to exclude time between January 10, 2022, and January 24, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes audio recordings, reports, photographs, and physical evidence that has been produced directly to counsel and/or made available for inspection.

        b)      Benson's retained expert was in the process of retesting dozens of drug exhibits as of November 2021, and counsel for Benson is in the process of analyzing those results.

/ / /

c)      The law offices of counsel for defendant Cipriano has been affected by the recent COVID-19 outbreak, resulting in quarantines and an inability to prepare for trial or attend the January 10, 2022 hearing.

d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 10, 2022 to January 24, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 5, 2022                                      PHILLIP A. TALBERT
                                                            United States Attorney


                                                            /s/ CAMERON L. DESMOND
                                                            CAMERON L. DESMOND
                                                            Assistant United States Attorney


Dated:  January 5, 2022                                      /s/ Stephen Whitworth
                                                            Stephen Whitworth
                                                            Counsel for Defendant
                                                            Roselle Cipriano


Dated:  January 5, 2022                                      /s/ David Fischer
                                                            David Fischer
                                                            Counsel for Defendant
                                                            Henry Benson


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.  The status conference is continued to January 24, 2022, at 9:00 a.m., time between January 10, 2022, and January 24, 2022 is excluded.

DATED:  January 12, 2022.


_____
CHIEF UNITED STATES DISTRICT JUDGE