UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:19-CR-00035-KJM |
| Plaintiff, | |
| v. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| HENRY BENSON, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release HENRY BENSON;

Case No. 2:19-CR-00035-KJM, from custody for the following reasons:

___Release on Personal Recognizance

_X_ Bail Posted in the Sum of $100,000

    _X_    Unsecured Appearance Bond, co-signed by Shante Benson, Charles Benson, Carolyn Burgess, and William Bolden, Jr.

_X_    Third party custody of Barbara Seals Upchurch

_X_    Surrender of his U.S. Passport

_X_    (Other): The Defendant shall be released on Wednesday, July 13, 2022 at 9:00 AM.

Issued at Sacramento, California on _July 12, 2022_ at _11:55 a.m._

Kimberly J. Mueller
United States District Judge