KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
HENRY BENSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Henry Benson et.al.,<br><br>Defendants. | No. 19-CR-0035-DAD<br><br>STIPULATION AND<br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date:  October 4, 2022<br>Time:  9:30 am.<br>Judge:  Honorable Dale A. Drozd |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Cameron Desmond, Assistant United States Attorney, attorney for plaintiff, together with Steve Whitworth, attorney for defendant Roselle Cipriano, and Kyle Knapp, attorney for defendant Henry Benson, that the previously-scheduled status of counsel/status conference, currently set for October 4, 2022, be vacated and that the matter be set for status conference on October 18, 2023 at 9:30 a.m.

Counsel for Mr. Benson was recently appointed by the court and October 4, 2022, was to be his first appearance. This appears to be a case with a volume of discovery and it will take time for new counsel to prepare properly for trial. Most importantly, counsel is unexpectedly

1

ill, and cannot and should not, appear in open court. Respectfully, a two-week continuance is requested.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, October 3, up to and including the currently set trial date of December 6, 2022.

IT IS SO STIPULATED.

Dated: October 3, 2022                           PHILLIP A. TALBERT
                                                 UNITED STATES ATTORNEY

                                          by:    /s/ Cameron Desmond
                                                 CAMERON DESMOND
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

Dated:  October 3, 2022                          /s/ Steve Whitworth
                                                 STEVE WHITWORTH
                                                 Attorney for Defendant
                                                 ROSELLE CIPRIANO


Dated: October 3, 2022                           /s/ Kyle R. Knapp
                                                 KYLE KNAPP
                                                 Attorney for Defendant
                                                 HENRY BENSON

**ORDER**

The Stipulation of the parties is hereby accepted, and the requested continuance is GRANTED. This matter shall be dropped from this court's October 4, 2022, criminal calendar and re-calendared for status conference on October 18, 2022.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on October 3, 2022, through and including the trial date of December 8, 2022.

IT IS SO ORDERED.

Dated: __October 3, 2022__        ___Dale A. Drozd___
                                    UNITED STATES DISTRICT JUDGE