KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
HENRY BENSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HENRY BENSON,<br><br>    Defendants. | )<br>) No. 19-CR-00035-DAD<br>)<br>) [PROPOSED] ORDER REGARDING<br>) AMENDING SPECIAL CONDITIONS OF<br>) PRETRIAL RELEASE<br>)<br>)<br>) Date:  n/a<br>) Time:  n/a<br>) Judge:  Honorable Jeremy D. Peterson<br>)<br>)<br>) |

       Defendant, Henry Benson, seeks to amend the Court's previously issued Pretrial Release Order (ECF 230) issued by the Hon. Kimberly J. Mueller on July 11, 2022.

       Since his release, Mr. Benson has complied with all of his release conditions. United States Pretrial Services officer, Renee Basurto, recently contacted AUSA Cameron Desmond and I and inquired about amending Mr. Benson's release conditions to allow for a curfew in lieu of Home Detention.  Ms. Desmond indicated that she was unopposed to that request.  On Mr. Benson's behalf, counsel humbly requests that original release condition #17 – Home Detention, be deleted and replaced with new release condition #16: "Curfew: You must remain

inside your residence every day from 7:00pm to 7:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

Attached as Exhibit A to this pleading are the new Amended Special Conditions of Release prepared by Ms. Basurto.

Again, Kyle Knapp, attorney for defendant, Henry Benson, asks that the attached Amended Special Conditions of Release (Exhibit A) be adopted allowing for a Curfew in lieu of Home Detention.

All other terms and conditions of release would remain in place.

Dated:  October 18, 2022                                    /s/ Kyle R. Knapp
                                                            KYLE KNAPP
                                                            Attorney for Defendant
                                                            HENRY BENSON

## [PROPOSED] ORDER

The request to amend Mr. Benson's release conditions is GRANTED, and the Amended Special Conditions of Release for Mr. BENSON are hereby adopted.

**IT IS SO ORDERED**.

Dated:  October 19, 2022                                    _____
                                                            HON. JEREMY D. PETERSON
                                                            United States Magistrate Judge