PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
DAVID SPENCER
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00035-DAD |
|---|---|
| Plaintiff, | STIPULATION TO SET STATUS CONFERENCE REGARDING TRIAL DATE; ORDER |
| v. | |
| HENRY BENSON, and ROSELLE CIPRIANO, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case is currently scheduled for trial on August 14, 2023.

2. By previous order, this matter was set for trial confirmation hearing on July 11, 2023, at 9:30 a.m.

3. By this stipulation, the parties move to vacate the trial confirmation hearing and set this matter for a status conference on June 27, 2023, at 9:30 a.m., regarding the trial date in this matter.

4. The parties anticipate that at the status conference on June 27, they will ask the Court to continue trial to October 11, 2023, and explain reasons for a continuance on the record.

IT IS SO STIPULATED.

STIPULATION TO SET STATUS CONFERENCE            1

Dated: June 22, 2023				PHILLIP A. TALBERT
						United States Attorney

						/s/ ROSS PEARSON
						ROSS PEARSON
						Assistant United States Attorney

Dated: June 22, 2023				/s/ KYLE KNAPP
						KYLE KNAPP
						Counsel for Defendant
						HENRY BENSON,
						(Authorized by email on June 22, 2023)

Dated: June 22, 2023				/s/ STEVE WHITWORTH
						STEVE WHITWORTH
						Counsel for Defendant
						HENRY BENSON,
						(Authorized by email on June 22, 2023)

**ORDER**

Pursuant to the stipulation of the parties, the trial confirmation hearing previously scheduled for scheduled for July 11, 2023 is vacated and this matter is now scheduled for a status conference on June 27, 2023, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **June 22, 2023**				*Dale A. Drozd*
						UNITED STATES DISTRICT JUDGE