PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
DAVID W. SPENCER
CAMERON L. DESMOND
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HENRY BENSON, <br> and ROSELLE CIPRIANO, <br><br> Defendants. | CASE NO. 2:19-CR-00035-DAD <br><br> PROPOSED JOINT STATEMENT OF THE CASE <br><br> DATE:   October 11, 2023 <br> TIME:   9:00 a.m. <br> COURT: Hon. Dale A. Drozd |

The United States of America by and through its attorneys, Phillip A. Talbert, United States Attorney for the Eastern District of California, and Ross Pearson and David W. Spencer, Assistant United States Attorneys, respectfully submit the following proposed joint statement of the case, to be read by the Court to the jury in advance of voir dire explaining the nature of the case to be tried[1]:

The defendants, Henry Benson and Roselle Cipriano, are charged in a six-count superseding indictment. Count One alleges that beginning no later than May 23, 2013,

---

[1] Counsel for defendant Benson agrees with this proposed joint statement of the case.

and continuing through on or about February 7, 2019, Mr. Benson and Ms. Cipriano conspired with each other and others to distribute, manufacture, and possess with intent to distribute methamphetamine. Counts Two and Three allege that, on or about July 3, 2018, and July 27, 2018, Mr. Benson and Ms. Cipriano distributed methamphetamine. Counts Four and Five allege that, on or about September 4, 2018 and February 7, 2019, Mr. Benson and Ms. Cipriano possessed methamphetamine with the intent to distribute it. Count Six alleges that, on or about February 7, 2019, Mr. Benson and Ms. Cipriano possessed a firearm in furtherance of a drug trafficking crime.

The jury will hear evidence about undercover transactions in Vallejo, California, on June 14, July 3, July 27 and September 4, 2018. The jury will also hear evidence about the execution of search warrants on September 4, 2018, February 7, 2019, and February 8, 2019, in Vallejo, California. It is also anticipated that the jury will hear expert testimony regarding drug trafficking, including the production of pills using pill presses; the testing of suspected drug evidence by chemists; fingerprint analysis; and forensic digital analysis.

It is estimated that the jury trial will last approximately two weeks. This does not include time that the jury deliberates on the matter.

Dated: September 29, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ DAVID W. SPENCER
ROSS PEARSON
DAVID W. SPENCER
Assistant United States Attorneys