UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-00035-DAD |
| Plaintiff, | |
| v. | ORDER |
| HENRY BENSON, | |
| Defendant. | |

The oral request by counsel for defendant Henry Benson to review the defendant's passport, which is the possession of the Clerk of the Court as a condition of defendant's pretrial release, is GRANTED.  The Clerk of the Court is DIRECTED to release the defendant's passport to the undersigned's Courtroom Deputy, Pete Buzo, who will maintain possession of the passport in the courtroom for review by all counsel in the case.  The passport will be returned to the Clerk of the Court following the conclusion of the trial.

IT IS SO ORDERED.

Dated:  **October 18, 2023**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1