**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Henry Benson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00035-DAD |
| Plaintiff, | STIPULATION & ORDER EXTENDING STATUTORY TIME LIMITS FOR FILING RULE 29 & RULE 33 MOTIONS |
| v. | |
| HENRY BENSON, | |
| Defendant. | |

**Stipulation**

1) After the verdict in this case on October 19, 2023, counsel for the defendant, Henry Benson, sought to explore filing a renewed motion for acquittal pursuant to Rule 29(c) and a motion for new trial under rule 33(b)2.

2) The statutory time limit for both filings is fourteen days.

3) Seeking transcripts, counsel inquired of the Court Reporter who handled the testimony how quickly relevant transcripts could be prepared. Given her trial duties, the funding logistics needed to acquire the transcripts, it proved practically impossible to prepare the transcripts within statutory deadline of fourteen days.

4) Counsel for the Government, David Spencer, had no objection to an extension of time to file the Rule 29 and/or Rule 33 motions given the realities of the transcript situation.

5) As a result, pursuant to Rule 45(b), counsel respectfully requests that the statutory deadline of 14 days be extended to December 1, 2023.

STIPULATION  1

6) Nothing in this stipulation precludes a secondary request should there be good cause appearing for a second extension.

IT IS SO STIPULATED.

Dated: November 1, 2023                     PHILLIP A. TALBERT
                                            United States Attorney


                                            /S/DAVID SPENCER
                                            DAVID SPENCER
                                            Assistant United States Attorney


Dated: November 1, 2023                     /s/Kyle Knapp
                                            Kyle Knapp
                                            Counsel for Defendant
                                            HENRY BENSON


### FINDINGS AND ORDER

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING, pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure, the Court extends to 14 day deadline for filing motions under Rules 29 and 33 an additional 30 days to December 1, 2023

IT IS SO ORDERED.

Dated:   **November 1, 2023**

                                            DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE