**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Henry Benson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:19-cr-00035-DAD-1 |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **STIPULATION AND ORDER TO** SET NEW |
| v. ) | JUDGEMENT AND SENTENCING DATE & NEW |
| ) | DISCLOSURE SCHEDULE |
| ) | |
| HENRY BENSON, ) | DATE: January 9, 2024 |
| ) | Time:  9:30 am |
| Defendant. ) | COURT: Hon. Dale A Drozd |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Ross Pearson, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, HENRY BENSON, that the previously scheduled status for sentencing date of January 9, 2024, be vacated and the matter set for sentencing on April 9, 2024, at 9:30am.

This continuance is requested to finalize all post-trial motion work and proceed accordingly with the probation interviews and the sentencing process. I have contacted Mr. Pearson and Miranda Lewis, the assigned probation officer, and they have no objection to the new sentencing date.  Indeed, Ms. Lewis provided the new disclosure schedule.

In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing – April 9, 2024, at 9:30 a.m.; Reply or Statement of Non-Opposition to Motion to Correct PSR;  April 2, 2024; Motion to Correct PSR due March 26, 2024, Final Presentence report due March 19,

2024, Counsel's informal objections due March 12, 2024, with the draft report disclosed to counsel no later than February 27, 2024.

Dated: December 14, 2023                                  Respectfully submitted.

                                                       /s/ Kyle R. Knapp
                                               Kyle R. Knapp
                                               Attorney for Defendant Henry Benson

Dated: December 14, 2023                                  Respectfully submitted.

                                                     /s/ Ross Pearson
                                               Ross Pearson
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to defendant Benson is continued from January 9, 2024, to April 9, 2024, at 9:30 a.m. before the undersigned. The court adopts the parties proposed schedule as to the filing date of the final presentence report and the related filing dates. However, depending on the court's ruling on defendant's pending motions and if otherwise appropriate, the court is also willing to advance the sentencing date in this case, if practical, in order to sentence in this case in a more timely fashion.

IT IS SO ORDERED.

Dated:  **December 15, 2023**

                                               DALE A. DROZD
                                               UNITED STATES DISTRICT JUDGE