1 | **KYLE R. KNAPP**
**Attorney at Law**
2 | California State Bar No. 166597
916 2nd Street, 2nd Floor
3 | Sacramento, CA 95814
Telephone:(916) 441-4717
4 |

5 | Attorney for Henry Benson

6 |

7 |

8 |                              UNITED STATES DISTRICT COURT

9 |                              EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,            )    CASE NO.  2:19-cr-00035-DAD-1
                                         )
12 |                        Plaintiff,    )
                                         )
13 | v.                                   )    **STIPULATION AND ORDER TO** SET A NEW
                                         )    HEARING DATE FOR DEFENDANT'S RULE 29 &
14 |                                      )    RULE 33 MOTION
                                         )
15 | HENRY BENSON,                        )    DATE: December 19, 2023
                                         )    Time: 9:30 am
16 |                        Defendant.    )    COURT: Hon. Dale A Drozd
                                         )
17 | _____     )

18 |

19 |        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

20 | counsel, Ross Pearson, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney

21 | for defendant, HENRY BENSON, that the previously scheduled Rule 29 and Rule 33 motion hearing

22 | currently set on December 19, 2023, be vacated and the matter set for hearing on January 9, 2024, at

23 | 9:30am.

24 |        This continuance is requested to afford counsel additional time to finalize his reply to the

25 | government opposition brief and get it on file well in advance of the new hearing date.  Counsel has

26 | conferred with Mr. Pearson and he has no objection to re-setting the hearing.  Counsel's reply to the

27 |        //

28 |

government opposition will be filed no later than January 2, 2024.

Dated: December 14, 2023                          Respectfully submitted.


                                                    /s/ Kyle R. Knapp
                                                 Kyle R. Knapp
                                                 Attorney for Defendant Henry Benson




Dated: December 14, 2023                          Respectfully submitted.


                                                    /s/ Ross Pearson
                                                 Ross Pearson
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff


**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the hearing on defendant Benson's motion brought pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure is continued from December 19, 2023, to January 9, 2024, at 9:30 a.m. before the undersigned. Defendant Benson's reply in support of his motion shall be filed no later than January 2, 2024.

IT IS SO ORDERED.

Dated:   **December 15, 2023**              _____
                                            DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE