**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Henry Benson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:19-CR-00035-DAD-1 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO** CONTINUE JUDGMENT & SENTENCING & SET NEW DISCLOSURE SCHEDULE |
| HENRY BENSON, | DATE: April 9, 2024 |
| Defendant. | Time: 9:30 am |
| | COURT: Hon. Dale A Drozd |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Cameron Desmond, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, HENRY BENSON, that the previously scheduled Sentencing Hearing currently set for April 9, 2024, be vacated and the matter set for hearing on April 29, 2024, at 9:30 am.

   This continuance is requested to afford counsel additional time to formulate informal objections and address issues presented in the draft probation report.  The draft presentence report was filed on March 13, 2024. Counsel has conferred with Ms. Desmond and Ms. Lewis of Federal Probation, and they have no objection to re-setting the hearing and adopting the following amended schedule.

   In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing – April 29, 2024; Reply or Statement of Non-Opposition to Motion to Correct PSR;

April 22, 2024; Formal Objections/Motion to Correct PSR due April 15, 2024; Final Presentence Report due April 8, 2024; Counsel's informal objections due April 1, 2024. The draft presentence report has been filed.

Dated: March 25, 2024                                        Respectfully submitted.

                                                  /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant Henry Benson

Dated: March 25, 2024                                        Respectfully submitted.

                                                  /s/ Cameron Desmond
Cameron Desmond
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties, the sentencing hearing previously schedule for April 9 is continued to April 29, 2024 at 9:30 a.m. No further continuances of the sentencing hearing as to this defendant will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **March 25, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE