KAREN L. LANDAU, CSB 128728
Law Office of Karen L. Landau, P.C.
460 Center St., # 6935
Moraga, CA 94570-6935
(510) 510-501-2781

Email: karenlandau@karenlandau.com

Attorney for Defendant Henry Benson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2: 19-CR-35-DAD-1 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| HENRY BENSON, | |
| Defendant. | |

GOOD CAUSE APPEARING, the ex parte application of defense counsel for access to the sealed hearing held on September 21, 2022, is granted. IT IS ORDERED THAT Court Reporter Jennifer Coulthard or a substitute shall prepare and provide a copy of the transcript to defense counsel. The transcript shall remain under seal at this time and be provided to attorney Landau only.

IT IS SO ORDERED.

Dated:  **June 26, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dkt. No.2:19-CR-35-DAD